663 A.2d 1352

IN THE MATTER OF THE COMMITMENT OF N.N.

July 6, 1995.

ORDER

Certification to the Superior Court, Law Division, is granted.